IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARTIN I. LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-04-1550-L |
| ) | |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This matter is before the court for review of the Report and Recommendation entered by the Honorable Valerie K. Couch on June 30, 2005, in which she recommended that this action be dismissed without prejudice due to plaintiff's failure to satisfy the exhaustion requirements of the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed and to date plaintiff has failed to object to the Report and Recommendation. Having conducted a *de novo* review of this matter, the court finds that the Report and Recommendation should be adopted in its entirety. This action is therefore dismissed **without prejudice**. Judgment will issue accordingly.

It is so ordered this  25th  day of August, 2005.

*Tim Leonard*
TIM LEONARD
United States District Judge